UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURYN MASSARI and AZIZA SALAMEH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTED BEAN, INC.,<br><br>Defendant. | Civil Action No. 24-cv-12004-JEK |

NOTICE OF RELATED CASE

To The Honorable Julia E. Kobick, United States District Judge:

Now comes Nested Bean, Inc., Defendant herein, and files this Notice of Related Case pursuant to this Court's Order Consolidating Cases [Docket No. 24 in No. 24-cv-11299-JEK (See also prior Related Case No. 24-cv-11706)] and states the following with respect thereto:

1. On June 7, 2024, Plaintiffs Lauryn Massari and Aziza Salameh, individually and on behalf of all others similarly situated, commenced a putative class action against Nested Bean, Inc., the Defendant herein in the United States District for the Central District of California (the "*Massari* Case").

2. Nested Bean, Inc. is also the Defendant in the two civil actions consolidated by this Court's Order Consolidating Cases.

3. On July 31, 2024, the Central District of California entered an Order Granting Stipulation to Transfer Action to the U.S. District Court of Massachusetts, having found that the transfer of the *Massari* Case to this District "satisfies 28 U.S.C. §1404(a)" and doing so on the grounds that the transfer "will avoid the time and expense associated with litigating multiple

putative class actions involving the same products and claims in two separate venues, and it will eliminate the possibility of conflicting rulings binding the same putative class members."

4.  The *Massari* Case, now pending in this Court as Civil Action No. 1:24-cv-12004-JEK is undoubtedly a case related to the consolidated cases now known as *In Re: Nested Bean, Inc. Weighted Sleep Products Litigation* (Master file No. 24-CV-11299) and should be consolidated into that action.

5.  While the Order Consolidating Cases provides for consolidation of the *Massari* Case into the *Nested Bean, Inc. Weighted Sleep Products Litigation* absent an objection to consolidation or request for alternative relief by any party within 10 days of the date hereof, it is expected that an assented-to procedural Motion will be filed with respect to the existing consolidated cases and the *Massari* Case, but it is not expected that any party will object to consolidation of the *Massari* Case into the *Nested Bean, Inc. Weighted Sleep Products Litigation*.

Wherefore, the Defendant prays that this Court determine that the *Massari* Case is related to and should be consolidated into the *Nested Bean, Inc., Weighted Sleep Products Litigation* and for such other and further relief as may be just and proper.

Respectfully submitted,

NESTED BEAN, INC., Defendant,

By its attorneys,

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)
Todd B. Gordon (BBO No. 652482)
The Gordon Law Firm LLP
57 River Street, Suite 200
Wellesley, MA 02481
Tel: (617) 261-0100
Email: sgordon@gordonfirm.com
          tgordon@gordonfirm.com

Dated: August 6, 2024

<u>CERTIFICATE OF SERVICE</u>

I, Stephen F. Gordon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2024 and by e-mail upon Counsel for Record in all 3 Consolidated and to be Consolidated cases:

Counsel for Plaintiffs Lauren Massari and Aziza Salameh:

Ryan J. Clarkson, Esquire
rclarkson@clarksonlawfirm.com
Katherine A. Bruce, Esquire
kbruce@clarksonlawfirm.com
Alan Gudino, Esquire
agudino@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265

Counsel for Plaintiffs Amanda Otto and Amy Hawes:

Elizabeth Ryan, Esquire
eryan@baileyglasser.com
Bart D. Cohen, Esquire
bcohen@baileyglasser.com
Nyran Rose Rashe, Esquire
nrasche@caffertyclobes.com
Alex Lee
alee@caffertyclobes.com

Counsel for Plaintiff Roz Saedi:

Elizabeth Ryan, Esquire
eryan@baileyglasser.com
Bart D. Cohen, Esquire
bcohen@baileyglasser.com
Alan M. Feldman, Esquire
afeldman@feldmanshepherd.com
Zachary Arbitman, Esquire
zarbitman@feldmanshepherd.com
George Donnelly, Esquire
gdonnelly@feldmanshepherd.com

                                                /s/ Stephen F. Gordon
                                                Stephen F. Gordon (BBO No. 203600)

P:\Clients-GLF\Nested Bean\Plead (Massari MA)\Not of Related Case (Massari).docx