UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Roz Saedi, on behalf of herself and others )
similarly situated, )
                                                                         )
                      Plaintiff )    Case No. 24-CV-11299
                                                                        )    Related Case No. 24-CV-11706
                                                                          )
         v. )    CLASS ACTION
                                                                             )
Nested Bean, Inc. )
                                                                            )
                    Defendant )
                                                                               )

## [PROPOSED] ORDER CONSOLIDATING CASES

And now, upon consideration of the Parties' Joint Motion to Consolidate Cases, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

1.    The following actions pending in this District, ~~and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to,~~ or ~~transferred to this District~~ shall be consolidated for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

- *Saedi v. Nested Bean, Inc.*, No. 24-CV-11299

- *Otto v. Nested Bean, Inc..*, No. 24-CV-11706

Consolidation and this Order will not waive or prejudice in any respect any Party's legal rights or defenses in this litigation.

2.    All papers filed in the Consolidated Action must be filed under Case No. 24-CV-11299, the number assigned to the first-filed case, and must bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE: NESTED BEAN, INC. WEIGHTED SLEEP PRODUCTS LITIGATION*<br><br>This Document Relates To:<br><br>_____ / | Master File No. 24-CV-11299 |

3.    The case file for the Consolidated Action will be maintained under Master File No. 24-CV-11299. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "No. 24-CV-11299 (*Saedi*)".

4.    The Clerk is directed to administratively close the following related case:

- *Otto v. Nested Bean, Inc.*, No. 24-CV-11706

5.    ~~Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with~~ it. ~Defense counsel or, once appointed, interim class counsel,~ ~~The Parties~~ shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District, ~~so that the clerk can assign the cases pursuant to Local Rule 40.1~~. *If any party objects to consolidation or wishes to seek alternative relief, they shall do so within 10 days.* If the Court determines that the case is related *and should be consolidated*, the clerk shall:

a.    place a copy of this Order in the separate file for such action;

b.    serve on plaintiff's counsel in the new case a copy of this Order;

2

      c.      direct that this Order be served upon defendants in the new case; and

      d.      make the appropriate entry in the Master Docket.

6.      Defendant does not waive its right to oppose class certification.

7.      Initial deadlines for this Consolidated Action are as follows:  Plaintiffs will file the Consolidated Complaint no later than August 9, 2024. Defendant will respond to the Complaint no later than September 23, 2024.

8.      If Defendant intends to file a motion to dismiss, the Parties agree to stipulate to a briefing schedule for Defendant's motion to dismiss.

Date: 7/16/2024

HON. JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

3